# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

UNITED STATES OF AMERICA

v.

(1) DEMARCOSE DEANTHONY MONTGOMERY

Defendant

Case Number: DR:20-CR-00407(1)-AM
USM Number: 45214-480

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, (1) DEMARCOSE DEANTHONY MONTGOMERY, was represented by Jack R. Stern.

On motion of the United States, the Court has dismissed Count(s) Two.

The defendant pled guilty to Count One of the Indictment on July 13, 2020. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1324 | Conspiracy to Transport Illegal Aliens | January 21, 2020 | One |

As pronounced on December 3, 2020, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 3rd day of December, 2020.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE

RETURNED EXECUTED
12/4/2020

Arresting Agency: BP - Del Rio