chamber
FID# 11065933

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
November 03, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MG CIENEGA_____
DEPUTY

United States of America
v.

DEMARCOSE DEANTHONY MONTGOMERY

Defendant

Case No. DR-20-CR-0407 (01)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEMARCOSE DEANTHONY MONTGOMERY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

U.S. MARSHALS SERVICE
RECEIVED
AUG 11 2022
DEL RIO, TX

Date: 08/11/2022

_____
Issuing officer's signature
Danica Nava, Operations Clerk
Printed name and title
U.S. District Judge Alia Moses
Judicial Officer's Name

City and state: Del Rio, Texas
Bail fixed at $: NO BOND

### Return

This warrant was received on *(date)* 08-11-2022, and the person was arrested on *(date)* 10-19-2022
at *(city and state)* Del Rio, TX.

Date: 11-3-2022

_____
Arresting officer's signature
Crystal Pen TA USMS Del Rio
Printed name and title