# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number:  DR:20-CR-00407(1)-AM |
| § | |
| (1) Demarcose Deanthony Montgomery § | |
| *Defendant* | |

## ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Demarcose Deanthony Montgomery, a hearing was set for November 9, 2022.

Mary Pietrazek was appointed to represent the defendant.  On November 9, 2022, the attorney for the defendant filed a Waiver of Preliminary Revocation and Detention Hearing signed by the attorney and the defendant waiving the hearings and the right to contest the Government's motion.

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED on 9th day of November, 2022.

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE